Bryan H. STONE, Plaintiff–Appellant,

v.

Neil E. GOTTMAN, Ruth A. Gottman, Cornerstone Baptist Church, and Ozark National Life Insurance Company Corp., Defendants–Respondents.

No. ED 78026.

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 5, 2001.

Charles E. Rendlen, Jr., The Rendlen Law Firm, P.C., Hannibal, MO, for appellant.

Russell J. Kruse, Mitchell & Kruse, Palmyra, MO, for Respondents Neil E. Gottman and Ruth A. Gottman.

Ross A. Walden, Cary, Welch & Hickman, L.L.P., Hannibal, MO, for Respondent Cornerstone Baptist Church.

Thomas R. Motley, Thomas R. Motley, Attorney at Law, Hannibal, MO, for Respondent Ozark National Life Insurance Company.

Before MARY K. HOFF, P.J., KATHIANNE KNAUP CRANE, J. and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Bryan H. Stone (Plaintiff) appeals from the judgment that dismissed with prejudice, for failure to state a claim upon which relief can be granted, his three-count Amended Petition against Defendants. We have reviewed the briefs of the parties and the record on appeal. No error of law appears. A written opinion would have no precedential value. We have, however, provided a memorandum solely for the use of the parties explaining the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).